```
              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF OHIO
                    WESTERN DIVISION
```

```
UNITED STATES OF AMERICA    :      Case No. 1:01-CR-00077(3)

         Plaintiff,         :      Senior Judge S. Arthur
                                   Spiegel
                            :

    vs.                     :

                            :      ORDER
TERRI NICOLE SHELTON
                            :
         Defendant,
```

The defendant appeared before the Court on October 15, 2004 on Supervised Release Revocation Proceedings. At this hearing the Defendant's Supervised Release was revoked and she was sentenced to nine (9) months jail, with a voluntary surrender to the Bureau of Prisons' designated facility no later than Monday, November 29, 2004 at 12:00 Noon.

The Court has been advised by the United States Marshals that a designation to FCI Danbury, CT was received by their office on Friday, November 26, 2004. However, due to the Thanksgiving holiday, this designation was not processed until Monday, November 29, 2004, the date which the Defendant was due to report to the designated facility. As a result, the Defendant had insufficient time to report on the current voluntary surrender date.

Accordingly, the Court hereby EXTENDS the stay of execution, and ORDERS the Defendant to report to the designated facility no

later than Tuesday, December 7, 2004 at 12:00 Noon.

    IT IS SO ORDERED.

Date: <u>November 30, 2004</u>     <u>s/S. Arthur Spiegel</u>
                                           S. Arthur Spiegel
                                           United States Senior District Judge