# United States District Court

SOUTHERN DISTRICT OF OHIO

2006 SEP 13 PM 4:06

UNITED STATES OF AMERICA

V.

**TERRI SHELTON**

**NOTICE**

CASE NUMBER: **1:01cr77-3**

**(Hogan, MJ)**

| TYPE OF CASE | | |
|---|---|---|
| | ☐ CIVIL | ☒ CRIMINAL |

X TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 701 |
| | DATE AND TIME |
| | September 20, 2006 at 11:00 am |

TYPE OF PROCEEDING

**Probable Cause Hearing before the Honorable Timothy S. Hogan, U.S. Magistrate Judge.**

TAKE NOTICE that the proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESET TO, DATE AND TIME |
|---|---|---|
| | | |

**JAMES BONINI, CLERK**
U.S. MAGISTRATE OR CLERK OF COURT

s/ Arthur Hill
(BY) DEPUTY CLERK

September 13, 2006
DATE

TO: Federal Public Defender

CC: U.S. Probation Office
  Pretrial Services
  U.S. Marshal's Office (FAX: 684-6397)
  U.S. Attorney's Office (ATTN: Timothy Oakley)

NOTE: It is the responsibility of Counsel to notify their clients.