AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

_Southern_ DISTRICT OF _Ohio_

UNITED STATES OF AMERICA

V.

Terri Nicole Shelton

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 1:01cR-77-3

I, _Terri Nicole Shelton_, charged in a (complaint) (petition) pending in this District with _Supervised Release Violation_ in violation of Title _18_, U.S.C., _3583_,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

x _Terri Shelton_
Defendant

9/18/06
Date

_[signature]_
Counsel for Defendant