≜AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  OHIO

UNITED STATES OF AMERICA
V.

TERRI NICOLE SHELTON
1008 YORK STREET
CINCINNATI, OH 45214

(Name and Address of Defendant)

## SUMMONS IN A CRIMINAL CASE

Case Number: 1:01-CR-00077(3)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| POTTER STEWART U.S. COURTHOUSE<br>100 EAST FIFTH STREET, CINCINNATI, OHIO | COURTROOM #5, ROOM 701 |
| Before: Honorable Timothy S. Hogan, United States Magistrate Judge | Date and Time<br>9/13/2006  1:30 pm |

To answer a(n)
☐ Indictment  ☐ Information  ☐ Complaint  ☐ Probation Violation Petition  ☑ Supervised Release Violation Petition  ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

VIOLATIONS OF CONDITIONS OF SUPERVISED RELEASE (SEE ATTACHED PETITION).

06 SEP 22 PM 12:46

_/s/ Kevin M. Moser_  8/29/2006
Signature of Issuing Officer  Date

JAMES BONINI, CLERK, (BY Kevin Moser, Deputy)
Name and Title of Issuing Officer

AO83 (Rev. 10/03) Summons in a Criminal Case

## RETURN OF SERVICE

| | Date |
|---|---|
| Service was made by me on: | 9/11/06 |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at:

☑ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: Paulette Shelton (mother) same address as Def.

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  9/11/06
             Date

James Wahlrab
Name of United States Marshal

Micah R. Stevenson
(by) Deputy United States Marshal

Remarks:

¹ As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.