UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | U.S. Atty: **BENJAMIN DUSING, ESQ.** |
| v. | : | Case Number: 1:01-CR-00077(3) |
| TERRI NICOLE SHELTON | : | Deft Atty: **RICHARD SMITH-MONAHAN, ESQ.** |

**CRIMINAL MINUTES: SUPERVISED RELEASE/PROBATION REVOCATION HEARING**

Defendant appeared with counsel.

Defendant __X__ ADMITS to violations of conditions of supervision; or

_____ was found in violation of conditions of supervision by the Court after denial of guilt

__X__ Supervised Release/Probation REVOKED by the Court. Defendant sentenced as follows:

__X__ JAIL: __6__ MONTHS

    Conditions: _____

    Recommendations: **CLOSEST APPROPRIATE FACILITY TO CINCINNATI, OH**

    __X__ Closest appropriate facility to _____

_____ SUPERVISED RELEASE/PROBATION: _____ MONTHS/YEARS

    Conditions:

    _____ Defendant shall not commit another federal, state or local crime

    _____ Defendant shall not illegally possess a controlled substance

    _____ Defendant shall refrain from any unlawful use of a controlled substance, and shall submit to one drug test within 15 days of placement on Supervised Release/Probation and at least two periodic drug tests thereafter, as directed by the Probation Officer

    _____ Defendant shall not possess a firearm, ammunition, or any other dangerous weapon

    _____ Defendant shall cooperate in the collection of DNA, as directed by the Probation Officer

    _____ Defendant shall comply with the standard conditions that have been adopted by this Court

    _____ As a condition, the defendant shall pay any unpaid monetary penalties

    _____ Defendant is prohibited from opening any new lines of credit or from making purchases on any existing lines of credit until fine and/or restitution is paid in full.

    _____ Defendant shall disclose financial information as requested by the Probation Officer

    _____ Defendant shall undergo a substance abuse and/or mental health assessment and comply with with any recommended treatment

    _____ Other: _____

_____

_____

Custodial Status: _____ Remanded to Custody    Voluntary Surrender to designated facility no later than:

                                                                **11/27/06** at 12:00 Noon

Judge: S. Arthur Spiegel    Courtroom Deputy: **KEVIN MOSER**

Date: **10/19/06**    Court Reporter: **JODIE PERKINS (OFFICIAL)**

Time Start: **10:15**    Time Stop: **10:25**