UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 1:01-cr-00077(3) |
| Plaintiff, | : | Senior Judge S. Arthur Spiegel |
| vs. | : | **ORDER** |
| TERRI NICOLE SHELTON, | : | |
| Defendant. | : | |

The Defendant appeared before the Court on October 19, 2006, on violations of conditions of Supervised Release. At this proceeding, the Court revoked the Defendant's Supervised Release, and sentenced her to serve a six (6) month term of imprisonment. The Court further allowed the Defendant to remain free on her current bond, and to voluntarily surrender to the designated facility no later than November 27, 2006 at 12:00 Noon.

The Court has been advised by the United States Marshals Service that, due to an administrative oversight, the necessary documentation was not timely submitted to the Bureau of Prisons in order to receive a designation. Accordingly, the United States Marshals Service is requesting a two (2) week extension to the current voluntary surrender date, in order to obtain a designation to a facility for the Defendant to surrender to.

Based on the foregoing, the Court finds an extension of the Defendant's current voluntary surrender date to be appropriate.

Accordingly, the Court hereby EXTENDS the Defendant's voluntary surrender date from Monday, November 27, 2006 until Monday, December 11, 2006.  The Defendant shall voluntarily surrender no later than 12:00 Noon on this date to the designated facility.  The Defendant is permitted to remain free on her current bond.

    SO ORDERED.


Date: November 16, 2006     s/S. Arthur Spiegel
                                        S. Arthur Spiegel
                                        United States Senior District Judge