AO 245D (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocation

# United States District Court
## Southern District of Ohio at Cincinnati

07 JAN 29 PM 3:26

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**TERRI NICOLE SHELTON** | **JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation of Probation or Supervised Release)<br><br>Criminal Number: 1:01-CR-00077(3)<br><br>USM Number: 03491-061<br><br>C. Ransom Hudson, Esq.<br>Defendant's Attorney |

**THE DEFENDANT:**

[✓] admitted guilt to violation of condition(s) _2, 7, 14, 15_ of the term of supervision.
[ ] was found in violation of condition(s) ___ after denial or guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | Failure to Report to the Probation Officer and submit a truthful and complete written monthly report within the first five days of each month | 8/14/2006 |
| 7 | Use of a Controlled Substance (Marijuana) | 8/8/2006 |
| 14 | Failure to Participate in Substance Abuse Treatment | 7/31/2006 |
| 15 | Failure to Pay $480 Fine In Full | 10/19/2006 |

The defendant is sentenced as provided in pages 2 through _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

IT IS ORDERED that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: ***-**-1532

Defendant's Date of Birth: **/**/1979

Defendant's Residence Address:
**1008 York Street**
**Cincinnati, OH 45214**

Defendant's Mailing Address:
**1008 York Street**
**Cincinnati, OH 45214**

October 19, 2006
Date of Imposition of Sentence

Signature of Judicial Officer

S. ARTHUR SPIEGEL, United States Senior District Judge
Name & Title of Judicial Officer

10/19/06
Date

I certify that this is a true and correct copy of the original filed in my Office on 10/19/06.
JAMES BONINI, CLERK
BY: _____ Deputy Clerk
DATE: 10/19/06

*Please execute and return in the attached envelope.

AO 245B (Rev. 06/05) Sheet 2 - Imprisonment

CASE NUMBER:     1:01-CR-00077(3)                                    Judgment - Page 2 of 2
DEFENDANT:       TERRI NICOLE SHELTON

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **SIX (6) MONTHS**.

[✔]  The court makes the following recommendations to the Bureau of Prisons:

The defendant be designated to the closest appropriate facility to Cincinnati, Ohio

[ ]  The defendant is remanded to the custody of the United States Marshal.

[ ]  The defendant shall surrender to the United States Marshal for this district.
     [ ] at ___ on ___.
     [ ] as notified by the United States Marshal.

[✔]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
     [✔] before 12:00 Noon on November 27, 2006.
     [ ] as notified by the United States Marshal but no sooner than
     [ ] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on __12/28/06__ to __FMC__
at __Lexington, Ky__, with a certified copy of this judgment.

_Stephen M. Dewalt, Warden_
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal